

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00264-CV

### EX PARTE REYNA MEJORADO

On Appeal from the
329th District Court of Wharton County, Texas
Trial Cause No. 46,982

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes as follows: We REVERSE, in part, the order of expunction entered on November 15, 2013 as it pertains to the arrest for criminal trespass, and RENDER judgment denying expunction of that arrest. The remainder of the order of expunction is AFFIRMED. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(c). Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

August 14, 2014